191 So. 926

**BIRMINGHAM ELECTRIC CO. v. Richard A. WHITLOW.**

6 Div. 515.

Court of Appeals of Alabama.

Oct. 3, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.